IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS LEE HARGROVE,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                Case No. 14-cv-439-jdp

STATE OF WISCONSIN,
Child Support Agency, and
CAROLYN MITCHELL HARGROVE,

    Defendants.

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Dennis Lee Hargrove leave to proceed on his claim for unlawful garnishment against defendants and dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

    /s/                                                                        4/15/2015

    Peter Oppeneer, Clerk of Court                            Date