# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the <u>Western District of Wisconsin</u>
District of _____
File Number <u>14-CV-439-jdp</u>

| | |
|---|---|
| Plaintiff )<br>Dennis Lee Hargrove )<br>v. )<br>State of Wisconsin, Child Support )<br>and Carolyn Mitchell Hargrove )<br>Defendant ) | Notice of Appeal |

Notice is hereby given that [<u>Dennis Lee Hargrove</u> <u>(here name all parties taking the appeal)</u>, (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the <u>Western</u> Circuit (from the final judgment) (from an order (describing it)) entered in this action on the <u>15th</u> day of <u>May</u>, 20<u>15</u>.

(s) <u>NONE Dennis L. Hargrove</u>
Attorney for [_____]
[Address: _____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for
Docketing Statement (attached)